UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
_____ DIVISION

*Whistleblower Act retaliation is a crime*

12 NOV 20 AM 11:00

**name of plaintiff(s):** DeAndre Hopson

v. David Weinburg, Weinburg Attorney at laws, Judge Simpson, Federal Civil Act 1964

**Civil Case No.** 3:12-cv-772-H

Weinburg Foundation, Susan Gibson, Adam Solinger, Scott Miller, Jewish Hospital, Danna Cohen, Frank Miscavigni, John Blankivich, Benney Berry

U of L Hospital

**name of defendant(s):** Brian Harbrecht, Daniel O'Bein, Ruth Spencer, Charlie Cunningham

Discrimination 1964 act Civil Rights

**COMPLAINT**

1. State the grounds for filing this case in Federal Court (include federal statutes and/or U.S. Constitutional provisions, if you know them):

   Terrorist Activity under 50 USC 1811, 1829 & 1844, Attorney General must Authorize without the prior approval of the FISA court, electronic surveillance, physical searches, or the use of Terrorism defines Agent of power From Foreign power, when a person or people engage into clandestine cells, gathering activities on behalf of Foreign groups or powers and is engage into committing a Federal law As Activities threatening national securities where even there is no Federal Activities

2. Plaintiff, DeAndre Hopson, resides at
   **street address:** 613 North Hite Ave Apt 13#, **city:** Louisville
   **county:** Jefferson, **state:** Ky, **zip code:** 40206, **area code, phone number:** 502 714 1837

   (if more than one plaintiff, provide the same information for each plaintiff below):

3. Defendant, __Weinberg Attorneys At Law__ lives at, or its business is located at __613 north Hite Ave Apt 13#__,
   street address

__Louisville__, __Jefferson__, __Ky__,
city           county        state

__40206__.
zip code

(if more than one defendant, provide the same information for each defendant listed above):

David Weinberg, Weinberg Attorneys at law, Adam Solinger, Donna Cohen, Scott miller, Dr Brainwherbecht, Daniel OBrian, Ruth Spencer, Jewish Hospital, Weinberg Foundation all Kentucky Federal Judges, Susan Sweltz Gibson, Benny Berg, UofL Hospital, Baptist East

4. Statement of claim (State as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Be as specific as possible. You may use additional paper if necessary):

All of these Defendants are from jewish Foundation and Beliefs Building Giant Clandestine Cell around me, to Blood Sacrifice me to. Have these woman not to tell about her getting money, From Bogus Claim of mine, From Kentucky Farm Bureau [Hooked up wit Adam Solinger] then getting pregnant, then trying to take over my Buisness of christian make up, then using weinbergs world wide web of attorneys, really a pozi scheme or Pyramid, to set up David Patrieus our U.S. General to expose How weak our government is. These is the U.S. warning to Be Alert cause after these Federal Extortion they Done to me the just terrorized Kentucky Judges and our Attorney General [US Attorney general] to expose our Army of U.S.A, setting him up wit Jill another person connected to his Buisness in Florida. All people Judgeing me or Jew's, Depriveing my rights and Liberty and stole my girl, got her pregnant and state aint doing nothing, intumadated and can't even call up the troops To protect our citizen, whats wrong wit ya Hennet

Then they turned around and shook up Kentucky to build these new Bridge wit the swaltz company. Funding for another terrorist attack As weinBergs is Intimidating Kentuck exporting they weakness IN High officials

5. Prayers for Relief (list what you want the Court to do):

   a. _____

   b. _____

   c. _____

   d. _____

6. Request for a Jury Trial    ✓
                              yes           no

I (We) hereby certify under penalty that the above petition is true to the best of my (our) information, knowledge, and belief.

Signed this ___Nov___ day of __[signature]__, 20 12.

_____
(signature of plaintiff (s) )

Any person engageing in Clandestine intellegence gathering Activites for a forieng use or power would qualify.
These people have gone to war wit our citizens to physically attacking Judges, Govenors, and courts.